JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LINTHECOME, | CASE NO. ED CV 19-2228-JGB (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| SHERIFF JOHN MCMAHON, ET AL., | |
| Respondents. | |

   Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

   IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

   DATED:   April 17, 2020

                                    _____
                                    JESUS G. BERNAL
                                    UNITED STATES DISTRICT JUDGE

C:\Users\IreneVazquez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\TERLJ4PQ\Judgment.wpd